UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| ANDRE CROOM, | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | |
| vs. | |
| ABB, Inc., | CASE NO: 17-1121-STA-egb |
|     Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal With Prejudice entered on September 20, 2017, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 9/21/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk